

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rosena Becker-Ross, Appellant

No. 06-19-00108-CR       v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR19-096). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Rosena Becker-Ross, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 13, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk